IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN NAPIER,          ) | 1:12-cv-1308  AWI DLB |
| )     Plaintiff,          ) | ORDER VACATING HEARING DATE OF |
| v.          ) | OCTOBER 1, 2012 |
| UNITED STATES OF AMERICA,          ) | |
| )     Defendant.          ) | |

In this action for damages, defendant United States of America ("Defendant") has moved for dismissal of the complaint of plaintiff Sean Napier ("Plaintiff"). The matter was scheduled for oral argument to be held on October 1, 2012. The Court has reviewed Plaintiffs' motion. Opposition, which was due not later than September 21, 2012, was not filed as of that date and consequently the motion may not be opposed at oral argument. Local Rule 78-230(b). The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 1, 2012, is VACATED, and no party shall appear at that time. As of October 1, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     September 27, 2012

CHIEF UNITED STATES DISTRICT JUDGE